### In re WATT & DOHAN.

(Circuit Court, E. D. Pennsylvania. January 8, 1907.)

#### No. 34.

ATTORNEY AND CLIENT—DISBARMENT OF ATTORNEY—GROUNDS.

The action of the Circuit Court of Appeals of another circuit in suspending attorneys indefinitely from practice before that court for filing a brief therein containing scandalous and insulting matter is not alone sufficient ground for their disbarment by a Circuit Court.

On Petition of Board of Censors of Philadelphia Bar Association for Disbarment. Hearing on petition and answer.

J. B. Colahan, Jr., Frank P. Prichard, and A. H. Wintersteen, for board of censors.

D. Webster Dougherty, for Watt & Dohan.

J. B. McPHERSON, District Judge. I heartily approve of the action of the Court of Appeals of the Second Circuit in suspending indefinitely the respondents from practice before that court. The brief which they filed was scandalous and insulting, and richly deserved the punishment that was inflicted; but I have serious doubts whether the Circuit Court for the Eastern District of Pennsylvania, to which they have been admitted to practice, ought to punish them again for this single fault, aggravated though it was. It is quite clear that, while this example of their professional delinquency was aggravated, it falls short of criminal conduct, and I think, therefore, that I should resolve the doubt in their favor concerning the propriety of striking their names from the roll of attorneys of this court, and should merely leave them to feel the well-deserved punishment that was inflicted upon them by the Court of Appeals for the Second Circuit.

The rule to disbar is, therefore, discharged.